Kenneth L. PASCHAL

v.

Jim PINO

2130724

Court of Civil Appeals of Alabama.

02/27/2015

Affirmed

Monica Shavon HALL

v.

Bryan Latrell HALL

2130725

Court of Civil Appeals of Alabama.

01/09/2015

Affirmed

Margaret PRITCHETT

v.

Cathy HANNERS and Kimberly Baker

2130733

Court of Civil Appeals of Alabama.

01/09/2015

Affirmed

DARDEN CONTRACTING
& REMODELING

v.

Shaleda DIXON

2130735

Court of Civil Appeals of Alabama.

02/06/2015

Affirmed

C.S.

v.

COVINGTON CTY. DEP'T
OF HUMAN RES.

2130741

Court of Civil Appeals of Alabama.

02/27/2015

Affirmed